B. E. Mittelman, trading as Mibro Investment Company, appellee, v. E. G. Pauling and E. H. Seeman, trading as E. G. Pauling & Company, appellants. Gen. No. 34,166.

 Heard in the third division of this court for the first district at the February term, 1930. Friend, J., not participating. Opinion filed October 29, 1930.

Leo B. Loewenthal, for appellants; Harry F. Brewer, of counsel. Nat M. Kahn, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.